# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

GEORGE R. CLARK                                                                    PLAINTIFF

VS.                                    NO. 4:15CV162—JM

MILITARY DEPARTMENT OF ARKANSAS                                    DEFENDANT

## JUDGMENT

For reasons stated in the order entered on this date, the complaint of the Plaintiff is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2015.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　James M. Moody
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge